

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS



RECEIVED
APR 17 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Akiya Finley
_____,

**Plaintiff(s),**

vs.

hulu, Shonda Rhimes, Raamla Mohamed, Kerry Washington, Greg Zeowski, et. Al

**Defendant(s).**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

24cv3083
Judge Andrea R. Wood
Mag. Judge Jeannice W. Appenteng
Random Assignment
Cat 3

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Akiya Finley _____.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, _____, is
(name, badge number if known)

☐ an officer or official employed by _____;
(department or agency of government)
_____or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

acted is_____. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6. On or about_____, at approximately _____ ☐ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of _____

_____ , in the County of _____,

State of Illinois, at _____,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☐ conspired together to violate one or more of plaintiff's civil rights;
☐ Other: _____
_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically: Not given imdb credit or compensated for the illegal selling of a tv script by Shonda Rhimes. She gave my script to Raamla Mohamed & others. I have two copyrights Wga & copyright library of congress.

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

   _____.

   ☐ Other: _____.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I pitched to Shonda Rhimes through her shondaland program and gave her my script through her website. Someone from their team tried to hire me, I have emails, and pictures but I changed my phone number. Shonda Rhimes gave my script to her coworker and several others. Someone from their team emailed me name Morgain magrain1192@gmail.com that we know this is not our tv script as evidence as well. My copyright number is public records and dates 1-10-2020. Just because I have no lawyer I have copyright and all the evidence. Violation of trademark

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

I cannot come out with this tv show or sell to a production company. This is copyright infingement. I emailed hulu and they took resonable dout down, but its still on there platform. This was knowingly.

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

   **WHEREFORE,** plaintiff asks for the following relief:

   A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

   B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

   C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

   Plaintiff's signature: Akiya Finley
   Plaintiff's name *(print clearly or type)*: AKiya Finley
   Plaintiff's mailing address: 840 W Sunnyside Ave apt 14d Chicago IL
   City Chicago         State IL    ZIP 60640
   Plaintiff's telephone number: (773) 562 3353
   Plaintiff's email address *(if you prefer to be contacted by email)*: akiya.finley@aol.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

    *If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

# Documentation of Registration

Writers Guild of America, West, Inc.
7000 West Third Street
Los Angeles, California, 90048-4329
Telephone: 323-782-4500
Fax: 323-782-4803

The Writers Guild of America, West, Inc. issues this certificate to:

AKIYA FINLEY

for the material entitled:

The lawyer hitwoman pitch deck

by the following:

AKIYA FINLEY

Registration #: **2190893**
Material Type: **PILOT**
Registered By: **AKIYA FINLEY**

Effective Date: **11/18/2022**
Expiration Date: **11/18/2027**

**Sunnyside Apartments**
840 W Sunnyside Ave
Chicago, IL 60640

01/19/2024
AKIYA FINLEY
Sunnyside Apartments
840 Sunnyside Apt. 19D
Chicago, IL 60640

Dear AKIYA FINLEY:

This is to notify you that on the basis of our recent review of your income and family composition your rent has been adjusted to $333.00. This new rent is effective beginning January 01, 2024.

This notification amends Paragraph 3 of your lease agreement, which sets forth the amount of rent you pay each month.

Please visit the site office within 7 days of receipt of this notice to sign and receive a copy of the HUD-50059. The HUD-50059 must be signed by the head, co-head, spouse and all other adult members of the household. The copy of the HUD-50059 provides the information on your income that we used to calculate your new rent and the amount of rental assistance, if any, HUD pays monthly on your behalf.

You may call (773) 334-8155 if you wish to arrange a meeting to discuss this change.

Thank you for your cooperation.

Sincerely,

Recertification Specialist
Occupancy Specialist

SUNNYSIDE APARTM does not discriminate on the basis of disability status in the admission or access to, or treatment or employment in, its federally assisted programs and activities.



| Owner's Certification of Compliance with HUD's Tenant Eligibility and Rent Procedures | U. S. Department of Housing And Urban Development<br>Office of Housing<br>Federal Housing Commissioner | NOT for submission to the Federal Government<br>Landlord's Official Record of Certification<br><br>OMB Approval Number 2502-0204 |
|---|---|---|

## Section A. Acknowledgements

Read this before you complete and sign this form HUD-50059

**Public Reporting Burden.** The reporting burden for this collection of information is estimated to average 55 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information including suggestions for reducing this burden, to the Office of Management and Budget, Paperwork Reduction Project (2502-0204), Washington, DC 20503. The information is being collected by HUD to determine an applicant's eligibility, the recommended unit size, and the amount the tenant(s) must pay toward rent and utilities. HUD uses this information to assist in managing certain HUD properties, to protect the Government's financial interest, and to verify the accuracy of the information furnished. HUD or a Public Housing Authority (PHA) may conduct a computer match to verify the information you provide. This information may be released in accordance with HUD's Computer Matching Agreement (CMA) between the Social Security Administration and the Department of Health and Human Services. You must provide all of the information requested, including the Social Security Numbers (SSNs), unless exempted by 24 CFR 5.216, you, and all other household members, have and use. Giving the SSNs of all household members, unless exempted by 24 CFR 5.216, is mandatory; not providing the SSNs will affect your eligibility approval. Failure to provide any information may result in a delay or rejection of your eligibility approval.

**Privacy Act Statement.** The Department of Housing and Urban Development (HUD) is authorized to collect this information by the U.S. Housing Act of 1937, as amended (42 U.S.C. 1437 et. seq.); the Housing and Urban-Rural Recovery Act of 1983 (P.L. 98-181); the Housing and Community Development Technical Amendments of 1984 (P.L. 98-479); and by the Housing and Community Development Act of 1987 (42 U.S.C. 3543).

**Tenant(s)' Certification** - I/We certify that the information in Sections C, D, and E of this form are true and complete to the best of my/our knowledge and belief. I/We understand that I/we can be fined up to $10,000, or imprisoned up to five years, or lose the subsidy HUD pays and have my/our rent increased, if I/we furnish false or incomplete information.

**Owner's Certification** - I certify that this Tenant's eligibility, rent and assistance payments have been computed in accordance with HUD's regulations and administrative procedures and that all required verifications were obtained.

**Warning to Owners and Tenants.** By signing this form, you are indicating that you have read the above Privacy Act Statement and are agreeing with the applicable Certification.

**False Claim Statement.** Warning: U.S. Code, Title 31, Section 3729, False Claims, provides a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages for any person who knowingly presents, or causes to be presented, a false or fraudulent claim; or who knowingly makes, or caused to be used, a false record or statement; or conspires to defraud the Government by getting a false or fraudulent claim allowed or paid.

### Certification Summary from Page 2

| Name of Project | Effective Date | Certification Type | Anticipated Voucher Date |
|---|---|---|---|
| 840 W SUNNYSIDE APARTMENTS | 01/01/2024 | IR | 02/01/2024 |

| Head of Household | Total Tenant Payment | Assistance Payment | Tenant Rent |
|---|---|---|---|
| FINLEY, AKIYA | 374 | 1,327 | 333 |

| Unit Number | Extenuating Circumstances Code |
|---|---|
| 19D | |

### Tenant Signatures

| Head of Household | Date | Other Adult | Date |
|---|---|---|---|
| *Akiya Finley* (signature) | 1-23-24 | (signature) | 1-23-24 |
| Spouse / Co-Head | Date | Other Adult | Date |
| | | | |
| Other Adult | Date | Other Adult | Date |
| | | | |
| Other Adult | Date | Other Adult | Date |
| | | | |
| Other Adult | Date | Other Adult | Date |
| | | | |
| Other Adult | Date | Other Adult | Date |
| | | | |
| Other Adult | Date | Other Adult | Date |
| | | | |

### Owner/Agent Signature

| Owner/Agent | Date |
|---|---|
| (signature) | 1-23-24 |

Previous versions of this form are obsolete.
This form also replaces HUD-50059-D, -E, -F, & -G.

Page 1 of 2
Printed by Yardi Systems, Inc

form HUD-50059 (06/2014)
HB 4350.3 Rev 1

# Owner's Certification of Compliance with HUD's Tenant Eligibility and Rent Procedures

**U.S. Department of Housing And Urban Development**
Office of Housing
Federal Housing Commissioner

*For Personal Records ONLY - not for Submission to the Federal Government*

*Record for Landlords*

## Section B. Summary Information

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 1 | Project Name | 840 W SUNNYSIDE APARTMENTS | 12 | Effective Date | 01/01/2024 |
| 2 | Subsidy Type | 1-Sec 8 | 13 | Anticipated Voucher Date | 02/01/2024 |
| 3 | Secondary Subsidy Type | | 14 | Next Recertification Date | 02/01/2024 |
| 4 | Property ID | 07155116 | 15 | Project Move-In Date | 02/01/2023 |
| 5 | Project Number | IL06L000173 | 16 | Certification Type | IR |
| 6 | Contract Number | TRACM07288 | 17 | Action Processed | 1 |
| 7 | Project iMAX ID | | 18 | Correction Type | 2 |
| 8 | Plan of Action Code | | 19 | EIV Indicator | |
| 9 | HUD-Owned Project? | | 20 | Prev. Subsidy Type | |
| 10 | Previous Housing Code | | | | |
| 11 | Displacement Status Code | | | | |

| # | Field | Value |
|---|---|---|
| 21 | Unit Number | 19D |
| 22 | No. of Bedrooms | 2 |
| 23 | Building ID | |
| 24 | Unit Transfer Code | |
| 25 | Previous Unit No. | 409 |
| 26 | Security Deposit | |
| 27 | 236 Basic/BMIR Rent | |
| 28 | Market Rent | 1,660 |
| 29 | Contract Rent | 41 |
| 30 | Utility Allowance | |
| 31 | Gross Rent | 1,701 |
| 32 | TTP at RAD Conversion | |

## Section C. Household Information

Tenant Number t5097904

| 33. No. | 34. Last Name | 35. First Name | 36. MI | 37. Rel. | 38. Sex | 39. Race | 40. Eth | 41. Birth Date | 42. Special Status | 43. Stdnt Stat. | 44. ID Code (SSN) | 45. SSN Excp | 46. Ctzn Code | 47. Alien Reg. Number | 48. Age | 49. Work Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | FINLEY | AKIYA | | H | F | B | 2 | 06/20/1992 | | | 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 | | EC | | 31 | |
| 02 | Finley | Amaya | J | D | F | B | 2 | 03/20/2017 | | | 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 | | EC | | 6 | |
| 03 | Finley | Amina | J | D | F | B | 2 | 03/20/2017 | | | 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 | | EC | | 6 | |
| 04 | HENDRICK | JOSHUA | | O | M | B | 2 | 02/25/1990 | | | 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 | | EC | | 33 | |
| 05 | | | | | | | | | | | | | | | | |
| 06 | | | | | | | | | | | | | | | | |
| 07 | | | | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | | | | |

| # | Field | Value |
|---|---|---|
| 50 | Family has Mobility Disability? | |
| 51 | Family has Hearing Disability? | |
| 52 | Family has Visual Disability? | |
| 53 | Number of Family Members | 4 |
| 54 | Number of Non-Family Members | 0 |
| 55 | Number of Dependents | 2 |
| 56 | Number of Eligible Members | 4 |
| 57 | Expected Family Addition - Adoption | 0 |
| 58 | Expected Family Addition - Pregnancy | 0 |
| 59 | Expected Family Addition - Foster Children | 0 |
| 60 | Previous Head Last Name | |
| 61 | Previous Head First Name | |
| 62 | Previous Head Middle Initial | |
| 63 | Active Full Cert. Effective Date | |
| 64 | Previous Head ID | |
| 65 | Previous Head Birth Date | |

## Section D. Income Information

| 66. Mbr. No. | 67. Income Type Code | 68. Amount | 69. SSN Benefits Claim No. |
|---|---|---|---|
| 1 | W = Non-Fed. Wage | 15,919 | |

| # | Field | Value |
|---|---|---|
| 70 | Total Employment Income | 15,919 |
| 71 | Total Pension Income | 0 |
| 72 | Total Public Assistance Income | 0 |
| 73 | Total Other Income | 0 |
| 74 | Total Non-Asset Income | 15,919 |

## Section E. Asset Information

| 75. Mbr. No. | 76. Description | 77. Status | 78. Cash Value | 79. Actual Yearly Income | 80. Date Divested |
|---|---|---|---|---|---|
| 1 | Checking 6551 | C | 131 | 0 | |

| # | Field | Value |
|---|---|---|
| 81 | Total Cash Value of Assets | 131 |
| 82 | Actual Income from Assets | 0 |
| 83 | HUD Passbook Rate | 0.00 |
| 84 | Imputed Income from Assets | |
| 85 | Asset Income | 0 |

## Section F. Allowances & Rent Calculations

| # | Field | Value | # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|---|---|---|
| 86 | Total Annual Income | 15,919 | 97 | Deduction for Dependents | 960 | 108 | Total Tenant Payment | 374 |
| 87 | Low Income Limit | 88,250 | 98 | Child Care Expense (work) | 0 | 109 | TTP Before Override | |
| 88 | Very Low Income Limit | 55,150 | 99 | Child Care Expense (school) | 0 | 110 | Tenant Rent | 333 |
| 89 | Extremely Low Income Limit | 33,100 | 100 | 3% of Income | 478 | 111 | Utility Reimbursement | |
| 90 | Current Income Status | Ext. Low | 101 | Disability Expense | 0 | 112 | Assistance Payment | 1,327 |
| 91 | Eligibility Universe Code | 2-Post 1981 | 102 | Disability Deduction | 0 | 113 | Welfare Rent | 0 |
| 92 | Sec. 8 Assist. 1984 Indicator | | 103 | Medical Expense | 0 | 114 | Rent Override | |
| 93 | Income Exception Code | | 104 | Medical Deduction | 0 | 115 | Hardship Exemption | |
| 94 | Police / Security Tenant? | | 105 | Elderly Family Deduction | 0 | 116 | Waiver Type Code | |
| 95 | Survivor of Qualifier? | | 106 | Total Deductions | 960 | 117 | Eligibility Check Not Required | |
| 96 | Household Citizenship Eligibility | E | 107 | Adjusted Annual Income | 14,959 | 118 | Extenuating Circumstances Code | |

Page 2 of 2

Previous versions of this form are obsolete.
This form also replaces HUD-50059-D, -E, -F, & -G.

Printed by Yardi Systems, Inc

form HUD-50059 (06/2014)
HB 4350.3 Rev 1

5/4/23, 6:43 PM
akiya finley Search | U.S. Copyright Public Records System

Public Records System | Home | Recent Records | Recent Searches | Name Directory

Home / Search / Search Results

Keyword ▼ | akiya finley | Search | Advanced Search | Share

## Search Results

Top search results: 6
Displaying results 1-6 of 6

☐ (0) Select all | Actions | Sort by | Highlight on ▼ | ▼ 1 ▲

☐ 1. Full Title: THE LAWYER ASSASSIN.

Registration Number: TXU002106093    Date: 2018-07-12

Type of Work: Text    Claimant: akiya finley,

☐ 2. Full Title: Reasons why were here (The Lawyer Assassin)

Registration Number: TXU002179978    Date: 2020-01-10

Type of Work: Dramatic Works/Choreography    Claimant: akiya finley,

Filter by date

Select date type
[Select date]

Start Date
[yyyy/mm/dd]

End Date
[yyyy/mm/dd]