Laws violated by the defendants  **Title Statement of claim**

Hulu refused to take reasonable doubt down after I emailed them my copyright. They only took it down in Nov 2022 when I emailed them my copyright. Now years later they have season 2 and 3. This is also criminal, no one could sell anybody's script and I have two copyrights and trademark. I attached both copyrights before. Wga copyright I have and copyright.gov library of congress.

Raamla Mohamed and the rest of the defendants have no copyright to say they produced or written something I wrote which is a book online called The Lawyer Hitwoman which is the same script I pitched to Shonda Rhimes and her friend Raamla Mohamed saying she created the show.

Damages: I can never come out with my tv show concept idea or script because they did which is illegal. No company is above the law. I don't care how many ~~lawyers~~ cases their lawyers won. No copyright or trademark no win. I want my name to appear on the tv screen as the creator and the writer and compensated from all defendants up to the amount of $25 million all together. So five million from each defendant because of the laws to back me up according to the us constitution copyright laws that they have to abide by

Copyright law in the United States is governed by the Copyright Act of 1976. The Copyright Act protects the exclusive rights of the copyright owner to:

Reproduce the work

Distribute copies of the work

Perform the work

Display the work

License the work

Prepare derivative works based on the work

To be protected by copyright, a work must meet three basic elements:

**FILED**

JAN 10 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Originality: The work must be original to the author.

They have no trademark or copyright means settlement and give me my credit on the screen and the creator as the creator on tv as well as what I asked for. I would not be in poverty if it wasn't for them running off with the script. Shonda Rhimes tried to hire me I didnt respond does not mean pass my script along to your coworker.

*Aliya Finley*

1-10-25